# COMMONWEALTH OF PUERTO RICO
## COURT OF THE FIRST INSTANCE
## BAYAMON JUDICIARY CENTER
## SUPERIOR COURT

### CERTIFIED TRANSLATION

(Note: Stamped as having been received by PRT, Legal Dept., Division of Opinions and Litigations, on Sept. 09, 2013).

### COURTROOM 501

| | | |
|---|---|---|
| **MAYRA LOPEZ APONTE** | * | **CIVIL NO.** |
| | * | **DPE13-0741** |
| **Plaintiff** | * | |
| **vs.** | * | **RE: REQUEST FOR OVERDUE** |
| | * | **VACATION LEAVE OF 26 DAYS,** |
| **PUERTO RICO TELEPHONE CO.** | * | **LUMP SUM, CASH BALANCE AND** |
| | * | **DAMAGES** |
| **Defendant** | * | |
| | * | |
| | * | |

(Note: stamped as having been received on Sept. 6, 2013, 4:31 pm by (illegible) Court of the First Instance, Bayamón section, (illegible) section).

### COMPLAINT

**TO THE HONORABLE COURT:**

Comes now plaintiff, Mayra López Aponte, by means of her subscribing legal representative and before this Honorable Court, very respectfully **ALLEGES, STATES AND PRAYS:**

### I. THE PARTIES

1. That the plaintiff, Mayra López Aponte, is of legal age, single, property owner and resident of ZD-42 Street 35, Riverview Urb., Bayamón, P.R. 00961 and henceforth referred to as " the plaintiff".

2. That the defendant, Puerto Rico Telephone Company (henceforth PRTC), is a corporation established under the laws of the Commonwealth of Puerto Rico dedicated to the business of telecommunications with its principal offices located at 1513-1515 Roosevelt Ave. in Guaynabo, Puerto Rico.

1

## II.  THE FACTS

3.  Plaintiff was born on March 23, 1961 and is 52.5 years old.

4.  That plaintiff began working at PRTC on August 13, 1979 until September 3, 2010, date when she was discharged by said company.

### III.  OVERDUE  VACATION  LEAVE

5.  That, at the moment of her discharge, plaintiff  had accrued **26 days of vacation leave.**

6.  That plaintiff had an annual salary of $58,067.00 dollars or $4,838.92 dollars per month or $27.92 dollars per hour or a per diem of $223.36 dollars.

7.  The total vacation leave accrued by plaintiff amounts to the sum of **$5,807.36** dollars ($223.36 dollars for 26 days).

8.  Due to the fact that more than two (2) years have elapsed without plaintiff having had the vacation leave owed to her by law liquidated, an additional sum in addition to the one originally claimed is owed to her, which totals the sum of **$11,614.72** dollars.

### IV.  LUMP SUM, CASH BALANCE AND PENSION

9.  At the present time, plaintiff has been  receiving a social security disability pension since March of 2010 and receives and additional amount for long term disability (LTD).

10.  PRTC is trying to penalize claimant with a 45% reduction in the amount of the Lump Sum, Cash Balance and her pension due to the fact that she was discharged on **September 3, 2010.**

11.  The combination of 85 points between age and years of service required by PRTC to qualify for retirement was fulfilled on November of 2012 when as 51.6 years old and if she had been working, she would have had 33.6 years of service on the hob.

12.  That plaintiff qualified for the Lump Sum Benefits until October of 2009 being creditor to the amount of **$58,067,00** dollars (one year's salary) and later on, from October 2009 until the company's discharge date, she's entitled to the sum of $3,295.00 cash balance. The total that PRTC has to pay plaintiff out of these benefits is **$61, 362** dollars.

2

13.     That as of the date of September 24, 2012, plaintiff filed at the Department of Benefits a petition requesting the acquired pension rights; the benefits of the Lump Sum and Cash Balance acquired; as of today, there has been no reply.

## V. DAMAGES

14.     Due to PRTC's refusal to hand over the benefits acquired and mentioned previously, plaintiff suffered a severe and recurrent depression for which she was hospitalized from October 1, 2012 to October 8, 2012.

15.     That with PRTC being the only one liable for these damages suffered, a sum no smaller than **$100,000.**

16.     That plaintiff notified PRTC via a certified letter with return receipt requested dated July 2, 2013, extrajudicially interrupting the prescriptive terms of the causes of action presented herein.

PRTC, the defendant, sent out via electronic mail dated July 30, 2013, that during the next few weeks, it would be replying to our claim and, as of today, it has not occurred.

17.     That plaintiff is requesting the benefits of all these sums of money including days for vacation leave, her pension acquired throughout the years worked at PRTC, and the benefit of the Lump Sum and the Cash Balance acquired.

## PRAYER

**WHEREFORE,** it is requested from this Honorable Court, after the relevant endeavors under law, that it order defendant to pay each and every one of the claims filed in the present cause of action, plus that it order defendant to pay costs, expenses and attorney's fees, with any other pronouncement that is in order according to law.

**RESPECTFULLY  SUBMITTED,**

In Bayamón, Puerto Rico, today, September 6, 2013.

( signed)

**LUIS E.  MARTIR  LUGO, Esq.**
TSPR 6539/CAPR7823
Aguas Buenas Ave., Block 16 # 25
Urb. Santa Rosa
Bayamón, P.R.  00959-6631
TEL. (787) 785-9628 / (787) 786-7922
Fax. (787) 786-7922
Email: lcdolem@yahoo.com

    **I  CERTIFY** that the foregoing is a faithful and true translation from its original in the Spanish language.

*Patricia Beckerleg*
*Certified Court Interpreter and Translator*
*Administrative Office of the US Courts*

4



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE BAYAMON**
**SALA SUPERIOR**

SALA 501

| | |
|---|---|
| **MAYRA LOPEZ APONTE**<br><br>Parte Demandante<br><br>Vs.<br><br>**PUERTO RICO TELEHONE CO.**<br><br>Parte Demandada | **CIVIL NUM.**<br>DPE13-0741<br><br>SOBRE: SOLICITUD VACACIONES VENCIDAS 26 DIAS, "LUMP SUM" "CASH BALANCE"Y DAÑOS Y PERJUICIOS |

2013 SEP -6  PM 4:31

### DEMANDA

**AL HONORABLE TRIBUNAL:**

Comparece la parte demandante, Mayra López Aponte a través de su representante legal que suscribe y muy respetuosamente ante este Honorable Tribunal, **ALEGA, EXPONE y SOLICITA:**

### I.  LAS PARTES

1. Que la parte demandante, Mayra López Aponte es mayor de edad, soltera, propietaria y vecina de Calle 35, ZD-42, Urb. Riverview, Bayamón P.R; 00961 y en adelante denominado la "Parte Demandante".

2. Que la parte demandada, Puerto Rico Telephone Company (en adelante "PRTC"), es una corporación establecida bajo las leyes del Estado Libre Asociado de Puerto Rico dedicada al negocio de telecomunicaciones ubicadas sus oficinas principales en la Ave. Roosevelt 1513-1515, en Guaynabo, Puerto Rico.

### II. LOS HECHOS

3. La demandante nació el 23 de marzo de 1961 y cuenta con 52.5 años de edad.

4. Que la parte demandante comenzó a trabajar en "PRTC" el día 13 de agosto de 1979 hasta el día 3 de septiembre de 2010 fecha en que fue dada de baja por dicha compañia.

### III. VACACIONES VENCIDAS

5. Que la parte demandante al momento de ser dada de baja mantenía **26 días acumulados de vacaciones.**

6. Que la demandante tenía un salario anual de $58,067.00 dólares o $4,838.92 dólares mensuales ó $27.92 dólares por hora o "per diem" de $223.36 dólares.

7. El total de vacaciones acumuladas por la parte demandante asciende a la cantidad de **$5,807.36** dólares ($223.36 dólares por 26 días).

8. Debido al vencimiento por más de dos (2) años sin haber liquidado sus vacaciones le corresponde por ley a la parte demandante una suma adicional a la reclamada originalmente, la cual totaliza la suma de **$11,614.72** dólares.

## IV. "LUMP SUM", CASH BALANCE Y PENSION

9. Actualmente, la demandante recibe una pensión por incapacidad del seguro social desde marzo de 2010 y recibe una cantidad adicional por incapacidad a largo plazo ("Long Term Disability"-LTD).

10. "PRTC" pretende penalizar a la reclamante con un 45% de rebaja en la cantidad de "Lump Sum", "Cash Balance" y de su pensión por ella haber sido dada de baja el **3 de septiembre de 2010.**

11. La combinación de 85 puntos entre edad y años de servicios requeridos por "PRTC" para poder retirarse se cumplió en noviembre de 2012 cuando ella tenía 51.6 años de edad y de haber estado trabajando hubiera tenido 33.6 años de servicios en el trabajo.

12. Que la demandante cualificó para los beneficios de "Lump Sum" hasta octubre de 2009 siendo acreedora de la cantidad de **$58,067.00** dólares (un año de salario) y posteriormente, de octubre de 2009 hasta la fecha de baja de la compañía tiene derecho a la suma de **$3,295.00** de "Cash Balance". El total que "PRTC" debe de pagar de estos beneficios a la parte demandante es **$61,362.00** dólares.

13. Que para la fecha del 24 de septiembre de 2012, la demandante radicó en el Departamento de Beneficios una solicitud requiriendo los derechos de pensión adquiridos; los beneficios del "Lump Sum" y "Cash Balance" adquiridos, al día de hoy, no ha recibido respuesta.

## V. DAÑOS Y PERJUICIOS

14. Debido a la negativa de "PRTC" de entregar los beneficios adquiridos y mencionados anteriormente, la demandante sufrió una depresión severa y

recurrente por la cual fue hospitalizada en "First Panamericano" durante siete (7) días, del 1 de octubre de 2012 al 8 de octubre de 2012.

15. Que siendo "PRTC" la única responsable de estos daños sufridos se reclama una suma no menor de **$100,000.00** dólares.

16. Que la parte demandante notificó a "PRTC" mediante carta certificada con acuse de recibo fechada el 2 de julio de 2013, interrumpiendo extrajudicial el término prescriptivo de las causas de acción aquí presentadas.

La parte demandada, PRTC envió mediante correo electrónico del 30 de julio de 2013 que en las próximas semanas contestaría nuestra reclamación y al día de hoy no ha ocurrido.

17. Que la demandante solicita los beneficios de todas estas sumas de dinero incluyendo días por vacaciones, su pensión adquirida a través de los años trabajados en "PRTC", y el beneficio de "Lump Sum" y del "Cash Balance" adquirido.

### SUPLICA

**POR TODO LO CUAL,** se solicita de este Honorable Tribunal, previo los trámites en ley pertinentes, condene a la parte demandada pagar toda y cada una de las reclamaciones instadas en la presente causa de acción, más condene a la parte demandada al pago de costas, gastos y honorarios de abogado, con cualquier otro pronunciamiento que proceda en ley.

**RESPETUOSAMENTE SOMETIDO.**

En Bayamón, Puerto Rico hoy _6_ de septiembre de 2013.

**LCDO. LUIS E. MARTIR LUGO**
TSPR6539/CAPR7823
Ave. Aguas Buenas, Bloque 16 #25
Urb. Santa Rosa
Bayamón, PR  00959-6631
TEL. (787) 785-9628 / (787) 786-7922
Fax. (787) 786-7922
"E-mail":lcdolem@yahoo.com